

AUSA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8295

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Ismael BRAMBILA-Maravilla | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about April 3, 2008, within the Southern District of California, defendant Ismael BRAMBILA-Maravilla did knowingly and intentionally import approximately 69.74 kilograms (153.42 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

BRANDON M. WOOD
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 4th, DAY OF APRIL 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
    v.
Ismael BRAMBILA-Maravilla

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Brandon Wood.

On April 3, 2008, at approximately 1736 hours, Ismael BRAMBILA-Maravilla entered the United States at the Calexico, California West Port of Entry (POE). BRAMBILLA was the driver and sole occupant of a 2001 Ford Ranger with Mexican license plate number BM50382.

Customs and Border Protection Officer (CBPO) M. Aguilar was manning primary lane number eight (8) when the vehicle BRAMBILLA was driving approached his lane. CBPO M. Aguilar noticed a bulge on the outside of the front right tire. CBPO M. Aguilar identified BRAMBILLA from his DSP-150 and received a negative Custom's declaration from BRAMBILLA. BRAMBILLA stated to CBPO M. Aguilar that the vehicle was his. CBPO M. Aguilar noticed that BRAMBILLA's hand was shaking. CBPO M. Aguilar struck the rear tire and noticed that it sounded solid. CBPO M. Aguilar also noticed that the tire with the bulge was leaking air and the tire also sounded solid when tapped. CBPO M. Aguilar referred the vehicle to the vehicle secondary lot for a more intensive inspection.

Customs and Border Protection Canine Officer (CEO) E. Smura was conducting a lot sweep with his Human-Narcotics Detector Dog (HNDD) when his HNDD alerted to the 2001 Ford Ranger being driven by BRAMBILLA in the vehicle secondary lot. The HNDD alerted to the front driver's side tire. CEO E. Smura notified CBPO J. Esparza of the alert to the vehicle.

CBPO J. Esparza conducted a more intensive examination of the vehicle which revealed packages in all four tires. A package was probed which produced a green

1  leafy substance that tested positive for marijuana. The total weight of the packages was
2  69.74 kilograms (153.42 pounds).
3       Special Agent B. Wood placed BRAMBILLA under arrest for violation of Title 21,
4  United States Codes, 952 and 960, Importation of a Controlled Substance. BRAMBILLA
5  was advised of his Constitutional Rights, per Miranda, which he acknowledged and waived.
6       BRAMBILLA admitted knowledge that a controlled substance was concealed within
7  the vehicle. BRAMBILLA stated to Agent Wood that the smuggling organization had paid
8  him $1,000.00 and was going to pay him another $3,000.00 to smuggle the controlled
9  substance into the United States and drop it off at a local "Pep-Boys".