1  **SARA M. PELOQUIN**
California State Bar No. 254945
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  Sara_Peloquin@fd.org

5  Attorneys for Mr. Brambila-Maravilla

8              UNITED STATES DISTRICT COURT

9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,   )  Case No. 08MJ8295
   |                             )
12 |          Plaintiff,         )
   |                             )
13 | v.                          )
   |                             )  **NOTICE OF APPEARANCE**
14 | **ISMAEL BRAMBILA-MARAVILLA,** )
   |                             )
15 |          Defendant.         )
   |_____)

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                 Respectfully submitted,

Dated: April 8, 2008              /s/ *Sara Peloquin*
                                 **SARA M. PELOQUIN**
                                 Federal Defenders of San Diego, Inc.
                                 Attorneys for Mr. Brambila-Maravilla

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: April 8, 2008    /s/ *Sara Peloquin*
**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Sara_Peloquin@fd.org