FILED
MAY - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ EF ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1411-L |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| ISMAEL BRAMBILA-MARAVILLA, | |
| Defendant. | |

The United States Attorney charges:

On or about April 3, 2008, within the Southern District of California, defendant ISMAEL BRAMBILA-MARAVILLA, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 69.74 kilograms (153.42 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: __May 1, 2008__.

KAREN P. HEWITT
United States Attorney

*/s/ John T. Weir for*
CALEB E. MASON
Assistant U.S. Attorney

CEM:es:Imperial
5/1/08